IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. TDC-23-00006** |
| | * | |
| **OLUSEGUN SAMSON ADEJORIN,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | * | |
| | ******* | |

**CONSENT MOTION TO CONTINUE THE INITIAL STATUS CONFERENCE AND
<u>PRETRIAL MOTION DEADLINE</u>**

The parties in the above-captioned case respectfully request that the Court continue the Initial Status Conference and pretrial motion deadline, and in support state:

1. The pretrial motion deadline is currently September 27, 2024, and the Initial Status Conference is currently scheduled for October 7, 2024. ECF No. 12.

2. Pursuant to the Court's Scheduling Order, ECF No. 12., the parties are submitting a Joint Status Report in lieu of the Initial Status Conference. In the Joint Status Report, the parties seek to continue the pretrial motion deadline for approximately forty-five days, until November 12, 2024, due to the volume of discovery and the nature of the case, an international cyber business email compromise.

3. The parties accordingly also request that the Court schedule the Initial Status Conference for a date after November 12, 2024, to provide the defense with time to review discovery and evaluate and/or file any pretrial motion(s), and for the parties to confer on next steps, including the potential for pre-trial resolution and/or trial to be set in this case.

1

4.  Counsel for the defendant, Robert C. Bonsib, Esq., has reviewed and concurs in the submission of this consent motion.

5.  A proposed order is attached.

WHEREFORE, the parties respectfully request that the Court issue an order continuing the Initial Status Conference to a date after November 12, 2024, and for the pretrial motion deadline to be continued to November 12, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Coreen Mao
Assistant United States Attorney
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770
Phone: (301) 344-4433
Fax: (301) 344-4516